Form 271

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina

101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 19–11381

IN THE MATTER OF:
Linda Lucille Simmons      xxx–xx–6493
aka Linda Lucille Chavez–Munoz
aka Linda Lucille Saunders
2389 Spring Garden Court
Sophia, NC 27350

   Debtor(s)

## NOTICE OF FILINGS DUE

It appearing that a petition commencing a case under Title 11, United States Code was filed by or against the person named above on 12/19/19 , and that the following document(s) named below must be filed within **thirty (30) days** from the date the petition was filed; or on or before the date of the creditors meeting; whichever is **earlier.**

**Missing Documents(s):**
_____
Statement of Intent 1/18/20

**Date: 12/20/19**                                                                                    OFFICE OF THE CLERK/ R